# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**ADAM MURRAY,**

      **Plaintiff,**

v.                                                    Case No: 6:22-cv-2329-PGB-DCI

**RIDERSSHARE, INC.,**

      **Defendant.**

_____/

## ORDER

This cause is before the Court on the parties' Joint Stipulation of Voluntary Dismissal With Prejudice, filed November 14, 2023, which this Court construes as a joint stipulation of dismissal. (Doc. 32). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this filing was self-executing. *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's individual claims against Defendant Ridersshare, Inc., are **DISMISSED WITH PREJUDICE**. The putative class claims against Defendant are **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on November 16, 2023.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties